Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff ViaSat, Inc.*

Chris R. Ottenweller (Bar No. 73649)
cottenweller@orrick.com
Thomas H. Zellerbach (Bar No. 154557)
tzellerbach@orrick.com
Vickie L. Feeman (Bar No. 177487)
vfeeman@orrick.com
Bas de Blank (Bar No. 191487)
basdeblank@orrick.com
Jason K. Yu (Bar No. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

William H. Wright (Bar No. 161580)
wwright@orrick.com
Alyssa M. Caridis (Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

*Attorneys for Defendant Space Systems/Loral, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SPACE SYSTEMS/LORAL, LLC f/k/a SPACE SYSTEMS/LORAL, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-2074-H-WVG<br><br>**JOINT MOTION TO FILE DOCUMENTS UNDER SEAL** |

04568.00001/6155365.1

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Patent Local Rule 2.2, and the Protective Order entered by the Court in this action (Dkt. 60), Plaintiff ViaSat, Inc. ("ViaSat") and Defendant Space Systems/Loral, LLC ("SSL") submit this motion to file under seal copies of the following materials:

- an unredacted copy of Exhibits A-H to the Parties' Joint Statement Regarding Discovery Dispute.

## ARGUMENT

The Parties are subject to the Court's Protective Order in this case. (Dkt. 60.) The Protective Order provides that if the Parties file with the Court certain protected material produced in discovery, they must move to file that material under seal:

> Before any materials produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as "CONFIDENTIAL," "CONFIDENTIAL—COUNSEL ONLY," and/or "CONFIDENTIAL—PROSECUTION BAR", and/or CONFIDENTIAL—OUTSIDE COUNSEL ONLY, and/or "SENSITIVE—SUBJECT TO EXPORT CONTROL," and/or "HIGHLY CONFIDENTIAL—SOURCE CODE" are filed with the Court for any purpose, the party seeking to file such material must seek permission of the Court to file the material under seal.

(*Id.* ¶ 15.)

The materials that the Parties request the Court file under seal include those that have been designated as "CONFIDENTIAL," "CONFIDENTIAL—COUNSEL ONLY," "CONFIDENTIAL—PROSECUTION BAR," and/or CONFIDENTIAL—OUTSIDE COUNSEL ONLY and not publicly available , or disclose or discuss such materials. The Parties therefore respectfully request that these materials be filed under seal.

1   A Proposed Order is lodged herewith.

3   DATED: August 4, 2014                          Respectfully submitted,

5   By  */s/ Thomas H. Zellerbach*                 By  */s/ Sean Pak*

Chris R. Ottenweller (Bar No. 73649)            Charles K. Verhoeven (Bar No. 170151)
cottenweller@orrick.com                         charlesverhoeven@quinnemanuel.com
Thomas H. Zellerbach (Bar No. 154557)           Sean S. Pak (Bar No. 219032)
tzellerbach@orrick.com                          seanpak@quinnemanuel.com
Vickie L. Feeman (Bar No. 177487)               QUINN EMANUEL URQUHART &
vfeeman@orrick.com                              SULLIVAN, LLP
Bas De Blank (Bar No. 191487)                   50 California Street, 22nd Floor
basdeblank@orrick.com                           San Francisco, California 94111
Jason K. Yu (Bar No. 274215)                    Telephone:  (415) 875-6600
jasonyu@orrick.com                              Facsimile:   (415) 875-6700
ORRICK, HERRINGTON &
SUTCLIFFE LLP                                   Yury Kapgan (Bar No. 218366)
1000 Marsh Road                                 yurykapgan@quinnemanuel.com
Menlo Park, California 94025                    Vincent M. Pollmeier (Bar No. 210684)
Telephone: (650) 614-7400                       vincentpollmeier@quinnemanuel.com
Facsimile: (650) 614-7401                       Adam B. Wolfson (Bar No. 262125)
                                                adamwolfson@quinnemanuel.com
William H. Wright (Bar No. 161580)              QUINN EMANUEL URQUHART &
wwright@orrick.com                              SULLIVAN, LLP
Alyssa M. Caridis (Bar No. 260103)              865 S Figueroa Street 10th Floor
acaridis@orrick.com                             Los Angeles, California 90017
ORRICK, HERRINGTON &                            Telephone:  (213) 443-3000
SUTCLIFFE LLP                                   Facsimile:   (213) 443-3100
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855              *Attorneys for Plaintiff ViaSat, Inc.*
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

*Attorneys for Defendant Space Systems/Loral, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that, August 4, 2014, I caused the JOINT MOTION TO FILE DOCUMENTS UNDER SEAL to be served on Defendant's counsel via the Court's CM/ECF system.

DATED:  August 4, 2014

By  */s/ Sean S. Pak*