# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Viasat, Inc. v. Space Systems/Loral, LLC No. 13-CV-2074-H (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                                              Defendants

On August 4, 2014, the parties filed a Joint Motion to File Documents Under Seal. (Doc. No. 69.) The Court hereby DENIES the parties' Joint Motion as moot.

IT IS SO ORDERED.

DATED: August 13, 2014

Hon. William V. Gallo
U.S. Magistrate Judge